UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61328-CIV-DIMITROULEAS

TIM CANOVA,

    Plaintiff,

vs.

BRENDA C. SNIPES, DOZEL SPENCER, and the BROWARD COUNTY SUPERVISOR OF ELECTIONS,

    Defendants.

_____/

### ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH RULE 4(M) OF THE FEDERAL RULES OF CIVIL PROCEDURE

THIS CAUSE is before the Court *sua sponte*.

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve the summons and complaint on the defendant within 90 days after filing the complaint. Plaintiff filed a Complaint on July 2, 2020, yet there is no indication Defendants have been served.

Accordingly, it is **ORDERED AND ADJUDGED** that on or before **October 8, 2020**, Plaintiff shall either perfect service upon Defendants, show that service has already been made, or show good cause why service has not been perfected. Failure to timely respond will result in immediate dismissal of this action without prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of October, 2020.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record