UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TIM CANOVA,

    Plaintiff,

v.                                                                                                  Case No.: 20-cv-61328-SINGHAL

BRENDA C. SNIPES, DOZEL SPENCER,
and the BROWARD COUNTY SUPERVISOR
OF ELECTIONS,

    Defendants.
_____/

TIM CANOVA,

    Plaintiff,

v.                                                                                                  Case No.: 20-cv-62100-SINGHAL

BRENDA C. SNIPES, DOZEL SPENCER,
and the BROWARD COUNTY SUPERVISOR
OF ELECTIONS,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on a sua sponte review of the record, as well as nearly identical motions to consolidate. *See* Defs.' Mot. to Consol. (DE [13]), Case No. 20-cv-61328-SINGHAL; Pl.'s Mot. to Consol. (DE [7]), Case No. 20-cv-61328-SINGHAL. Good cause appears that consolidation of the above-styled cases is appropriate to avoid unnecessary duplication of judicial labor and effort. Accordingly, it is

**ORDERED AND ADJUDGED** that both motions are **GRANTED**, and the above-styled cases are consolidated as follows:

1. The Clerk of the Court is instructed to **CLOSE** case number 20-cv-62100-SINGHAL for administrative purposes only.

2. All future filings in these cases shall be made under case number 20-cv-61328-SINGHAL **only** and shall bear the case style and caption displayed on this order.

3. There is no need to re-file any pleadings from 20-cv-62100 on the docket of 20-cv-61328.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 27th day of October 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel via CM/ECF