UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61328-CIV-SINGHAL

TIM CANOVA,

    Plaintiff,

v.

BRENDA C. SNIPES, et al.,

    Defendants.

_____

**CERTIFICATION FOR TRANSFER**

THIS CAUSE is before the Court upon the Order of Transfer (ECF No. 15) from United States District Judge, William P. Dimitrouleas, to United States District Judge, Raag Singhal. The undersigned has reviewed the file and hereby certifies that there are no pending referred motions in this cause.

THEREFORE, the Clerk of the Court shall transfer this case to Judge Singhal's paired Magistrate Judge.

DONE AND SUBMITTED at Fort Lauderdale, Florida, this 23rd day of November, 2020.

                              LURANA S. SNOW
                              UNITED STATES MAGISTRATE JUDGE

Copies to:

Raag Singhal, United States District Judge